## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **DEBORAH (DC) C. BROIL** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 2:24-cv-02029 |
| | ) | |
| **STATE OF KANSAS, KANSAS BUREAU** | ) | |
| **OF INVESTIGATION AND ITS** | ) | **WITH JURY TRIAL DEMAND** |
| **REPRESENTATIVES** | ) | |
| | ) | |
| *Defendant.* | ) | |

## DESIGNATION OF TRIAL PLACE

Plaintiff Deborah C. Broil, by counsel, hereby designates that the trial in this matter shall take place in Kansas City, Kansas.

Respectfully submitted,

**BRATCHER GOCKEL LAW, L.C.**

By: */s/Erin N. Vernon*
    Erin N. Vernon, KS Bar No.: 25792
    Lynne Jaben Bratcher, MO Bar No.: 31203
    4014 B. South Lynn Court Drive
    Independence, MO 64055
    Ph: (816) 221-1614
    Fax: (816) 421-5910
    E-Mail: erin@bgklawyers.com
            lynne@bgklawyers.com

**ATTORNEYS FOR PLAINTIFF**