# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

DEBORAH C. BROIL,

    Plaintiff,

v.

KANSAS BUREAU OF INVESTIGATION,

    Defendant.

Case No. 24-2029-DDC-RES

## NOTICE AND ORDER TO SHOW CAUSE

To Plaintiff Deborah C. Broil:

On January 22, 2024, Plaintiff filed a complaint naming Defendant Kansas Bureau of Investigation. ECF No. 1. A summons for Defendant was issued to "attorney for service" on March 28, 2024. The docket reflects no activity by Plaintiff since then.

"If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). More than 90 days have passed since Plaintiff filed her complaint, and there is no proof of service. It appears Plaintiff has not complied with Rule 4(m).

Accordingly, the Court orders Plaintiff to show cause in writing by **May 6, 2024**, why the Magistrate Judge should not recommend that the District Judge dismiss Plaintiff's claims without prejudice pursuant to Rule 4(m).

**IT IS SO ORDERED.**

Dated: April 26, 2024, at Topeka, Kansas.

                                                    /s/ Rachel E. Schwartz
                                                  Rachel E. Schwartz
                                                  United States Magistrate Judge