AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-02029

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* the Kansas Bureau of Investigation (KBI)
was received by me on *(date)* 4/15/2024.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kurtis Wiard, Office of Attorney General of KS, who is designated by law to accept service of process on behalf of *(name of organization)* KS Bureau of Investigation, 120 SW 10th St. Topeka, KS 66612 on *(date)* 4/15/2024, 12:21 PM

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 4/15/24

*Server's signature*

Joyce A. Parker, Process Server
*Printed name and title*

5932 SW Topeka Blvd, Topeka KS 66619
*Server's address*

Additional information regarding attempted service, etc:

STATE OF KANSAS                                                              Rev. 133C908

## AFFIDAVIT OF SERVICE

COUNTY OF SHAWNEE

I, the undersigned, being duly sworn, hereby affirm that:

1) My name is Joyce A. Parker;

2) I reside at 5932 SW Topeka Blvd, Topeka, Kansas 66619;

3) I am not a party to this action;

4) I am over 18 years of age;

5) I am not related to the parties in this action by way of blood, adoption, marriage, or employment.

6) I received the following document(s): *Summons In A Civil Action* (1pg); and *Complaint for Damages* (18pgs), **Civil Action No.: 2:24-cv-02029** for service of process upon the Kansas Bureau of Investigation (KBI) on Monday, April 15, 2024.

7) I served the within-named documents by delivering personally and in person a true copy of each to the named person as follows: Kurtis Wiard, Staff Attorney, Office of the Attorney General of Kansas, Registered Agent for the KBI, , located at Memorial Hall, 120 SW 10th Street, Topeka, County of Shawnee, State of Kansas, 66612, on Monday, April 15, 2024 at 12:22pm CT.

_____                              4/16/24
Signature of Process Server                              Date

JOYCE A. PARKER
5932 SW Topeka Blvd.
Topeka, KS 66619
402-510-3690

### NOTARY ACKNOWLEDGEMENT

STATE OF KANSAS                                                    COUNTY OF SHAWNEE

The foregoing instrument was acknowledged before me this 16th day of April, 20 24, by the undersigned, Joyce A. Parker, who is personally known to me or satisfactorily proven to me to be the person whose name is subscribed to the within instrument.

_____
Signature

_____
Notary Public
My Commission Expires: 2/27/28

Alicia J. Gonzalez
NOTARY PUBLIC—STATE OF KANSAS
MY APPT EXP: 2/27/28

Affidavit of Service (Rev. 133C908)