# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DEBORAH (DC) C. BROIL** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case. No. 24-CV-2029-DDC-RES |
| | ) |
| **STATE OF KANSAS, KANSAS BUREAU OF INVESTIGATION AND ITS REPRESENTATIVES** | ) ) ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## ENTRY OF APPEARANCE

**COMES NOW** Stanley R. Parker, Assistant Attorney General/Trial Counsel, and enters his appearance as counsel for Defendant Kansas Bureau of Investigation.

Respectfully submitted,

KRIS W. KOBACH
KANSAS ATTORNEY GENERAL

*/s/ Stanley R. Parker*
Stanley R. Parker, KS #10971
Assistant Attorney General/Trial Counsel
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas, 66612-1597
Phone: (785) 368-8423
Fax:    (785) 291-3767
Email:  stanley.parker@ag.ks.gov
*Attorney for Defendant KBI*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of May, 2024, I electronically filed the foregoing with the Court using the CM/ECF system, and a notice of electronic filing was sent via the CM/ECF system to all counsel of record.

*s/ Stanley R. Parker*
Stanley R. Parker