IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DEBORAH (DC) C. BROIL** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case. No. 24-CV-2029-DDC-RES |
| | ) |
| **STATE OF KANSAS, KANSAS BUREAU OF INVESTIGATION AND ITS REPRESENTATIVES** | ) ) ) |
| | ) |
| **Defendant.** | ) ) |

## CLERK'S FOURTEEN-DAY EXTENSION

Pursuant to Local Rule 77.2, Defendant Kansas Bureau of Investigation, should be and hereby is granted fourteen (14) additional days in which to answer or otherwise plead to the Complaint filed herein. This is the first request for an extension by this Defendant. Defendant's answer or other responsive pleading is originally due May 6, 2024. The time to answer has not expired. Defendant's answer or other responsive pleading is now due on or before May 20, 2024.

Dated this 2nd day of May, 2024.

Clerk of the United States District Court
for the District of Kansas

By: s/ J. Kendall
    Deputy Clerk

PREPARED BY:

KRIS W. KOBACH
KANSAS ATTORNEY GENERAL

*/s/ Stanley R. Parker*
Stanley R. Parker, KS #10971
Assistant Attorney General/Trial Counsel
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas, 66612-1597
Phone: (785) 368-8423
Fax:    (785) 291-3767
Email:  stanley.parker@ag.ks.gov
*Attorney for Defendant KBI*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of May, 2024, I electronically filed the foregoing with the Court using the CM/ECF system, and a notice of electronic filing was sent via the CM/ECF system to all counsel of record.

*s/ Stanley R. Parker*
Stanley R. Parker