**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **DEBORAH (DC) C. BROIL,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**STATE OF KANSAS, KANSAS BUREAU** )<br>**OF INVESTIGATION AND ITS** )<br>**REPRESENTATIVES,** )<br>)<br>**Defendant.** )<br>_____)| Case No. 24-2029-DDC-RES |

## DEFENDANT'S UNOPPOSED MOTION TO STAY DEADLINES

Defendant Kansas Bureau of Investigation (KBI) ("Defendant"), respectfully requests that this Court stay the deadlines from its May 2, 2024, initial order regarding planning and scheduling (Doc. 11) pending resolution of Defendant's Motion to Stay Discovery (Doc. 13). Specifically, Defendant requests that the Court stay the deadlines to submit a proposed scheduling order and to serve initial disclosures, which are both currently set for May 23, 2024. Defendant has conferred with Plaintiff regarding this motion, and Plaintiff does not oppose this motion.

Respectfully submitted,

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
Stanley R. Parker, KS No. 10971
Assistant Attorney General/Trial Counsel
Office of the Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
stanley.parker@ag.ks.gov
(785) 296-6244
(785) 368-8423
Fax: (785) 291-3767
*Attorneys for Defendant*

### CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of May, 2024, I electronically filed the foregoing with the Court using the CM/ECF system, and a notice of electronic filing was sent via the CM/ECF system to all counsel of record.

*/s/ Matthew L. Shoger*
Matthew L. Shoger
Assistant Attorney General