IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DEBORAH (DC) C. BROIL** | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) Case No. 2:24-cv-02029 ) |
| **STATE OF KANSAS, KANSAS BUREAU OF INVESTIGATION AND ITS REPRESENTATIVES** | ) ) **WITH JURY TRIAL DEMAND** ) ) |
| *Defendant.* | ) ) |

### PLAINTIFF'S MOTION TO FILE FIRST AMENDED COMPLAINT IN LIEU OF RESPONSE TO DEFENDANT'S MOTION TO DISMISS

Plaintiff Deborah C. Broil, by and through her undersigned counsel, seeks to file her First Amended Complaint in lieu of filing suggestions in opposition to Defendant's Motion to Dismiss. Plaintiff offers the following suggestions in support of her Motion:

1. On January 22, 2024, Plaintiff filed her Complaint with the Court.

2. Defendant filed its Motion to Dismiss on May 20, 2024.

3. In lieu of an opposition brief to Defendant's Motion to Dismiss, Plaintiff seeks to file her First Amended Complaint, attached as Exhibit A, which addresses the issues raised by Defendant in its Motion to Dismiss.

4. Plaintiff's First Amended Complaint removes her ADEA complaint (previously Count IV of Plaintiff's Original Complaint Doc.1) and her § 1983 claim (previously Count VI of Plaintiff's Original Complaint Doc. 1). Additionally, Plaintiff's First Amended Complaint has removed Plaintiff's punitive damage claims under Title VII Counts I, II, and III.

5. Additionally, Plaintiff added additional details to the allegations of Counts I-IV concerning the adverse acts, harassment, and retaliation Plaintiff experienced. Plaintiff also added

allegations of more favorable treatment provided to similarly situated employees.

6. Granting Plaintiff leave to file her First Amended Complaint will permit Plaintiff to address issues raised in Defendant's Motion to Dismiss, clarify her allegations and claims, and will result in no prejudice to Defendant.

WHEREFORE, Plaintiff respectfully requests the Court grant her leave to file her First Amended Complaint, attached hereto as Exhibit A, in lieu of responding to Defendant's Motion to Dismiss, and for such other relief as is just and proper. If this Motion is denied, Plaintiff requests ten days from the Court's denial to respond to Defendant's pending Motion to Dismiss.

Respectfully submitted,

**BRATCHER GOCKEL LAW, L.C.**

By: */s/Erin N. Vernon*
Erin N. Vernon, KS Bar No.: 25792
Lynne Jaben Bratcher, MO Bar No.: 31203
4014 B. South Lynn Court Drive
Independence, MO  64055
Ph: (816) 221-1614
Fax: (816) 421-5910
E-Mail: erin@bgklawyers.com
lynne@bgklawyers.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of June 2024 a copy of the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system to all counsel of record.

*/s/Erin N. Vernon*
Attorney for Plaintiff