IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DEBORAH (DC) C. BROIL | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | )   Case No. 2:24-cv-02029 |
| | ) |
| STATE OF KANSAS, KANSAS BUREAU | ) |
| OF INVESTIGATION AND ITS | )   WITH JURY TRIAL DEMAND |
| REPRESENTATIVES | ) |
| | ) |
| *Defendant.* | ) |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO STAY DISCOVERY**

Plaintiff provides the following in response to Defendant State of Kansas, Kansas Bureau of Investigation's Motion to Stay Discovery ("Defendants' Motion"). After further consultation with Defense counsel, Plaintiff withdraws her objection to Defendant's request for the stay.

Respectfully submitted,

**BRATCHER GOCKEL LAW, L.C.**

By   */s/Erin N. Vernon*
Erin N. Vernon, Mo. Bar No.:  64590
Lynne Jaben Bratcher, Mo. Bar No.:  31203
4014 B South Lynn Court
Independence, MO  64055
Ph: (816) 221-1614
Fax: (816) 421-5910
E-Mail:  erin@bgklawyers.com
              lynne@bgklawyers.com

**ATTORNEYS FOR PLAINTIFF**

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5${}^{th}$ day of August 2024 a copy of the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system to all counsel of record.

                                        */s/ Erin N. Vernon*
                                        ATTORNEY FOR PLAINTIFF