**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **DEBORAH (DC) C. BROIL** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:24-cv-02029** |
| | ) | |
| **STATE OF KANSAS, KANSAS BUREAU** | ) | |
| **OF INVESTIGATION AND ITS** | ) | **WITH JURY TRIAL DEMAND** |
| **REPRESENTATIVES** | ) | |
| | ) | |
| *Defendant.* | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT'S MOTION TO DISMISS
PLAINTIFF'S FIRST AMENDED COMPLAINT**

Plaintiff Deborah (DC) Broil (Plaintiff), by and through her undersigned counsel, respectfully moves for an extension of time of seven (7) days, up to and including August 13, 2024, to respond to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint. Plaintiff states the following in support of her motion for an extension of time:

1.    Defendant filed his Motion to Dismiss on July 16, 2024.

2.    Plaintiff's Response to Defendant's Motion to Dismiss is due August 6, 2024.

3.    Trial in this matter is not yet set. Plaintiff's First Amended Petition was filed on June 18, 2024.

4.    Plaintiff's counsel has had many deadlines and prior commitments during the days that preceded this deadline.

5.    Plaintiff's counsel has been working on Plaintiff's response but needs more time to complete it. Defendant's Motion to Dismiss is substantial, requiring a careful and comprehensive response.

6.    Plaintiff's counsel has been and will be taking care of an ill family member this week.

7.      Plaintiff's counsel has contacted Defendant's counsel, and Defendant has no

objection to the requested extension.

8.      No party will be prejudiced by this extension, and no other deadlines exist that

could be impacted by the extension.

**WHEREFORE**, Plaintiff respectfully requests an extension of time of seven (7) days, up

to and including August 13, 2024, to respond to Defendant's Motion to Dismiss Plaintiff's First

Amended Complaint.

**BRATCHER GOCKEL LAW, L.C.**

By      */s/Erin N. Vernon*
        Erin N. Vernon, Mo. Bar No.:  64590
        Lynne Jaben Bratcher, Mo. Bar No.:  31203
        4014 B South Lynn Court
        Independence, MO  64055
        Ph: (816) 221-1614
        Fax: (816) 421-5910
        E-Mail:  erin@bgklawyers.com
                 lynne@bgklawyers.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of August 2024 a copy of the foregoing was

electronically filed with the Clerk of the Court via the CM/ECF system to all counsel of record.

        */s/ Erin N. Vernon*
        ATTORNEY FOR PLAINTIFF