**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **DEBORAH (DC) C. BROIL,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) )   Case No. 24-2029-DDC-RES |
| **STATE OF KANSAS, KANSAS BUREAU OF INVESTIGATION AND ITS REPRESENTATIVES,** | ) ) ) ) |
| **Defendant.** | ) ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of April, 2025, I served Defendant's Rule 26(a)(1) Initial Disclosures via electronic mail on counsel of record for Plaintiff as follows:

Erin N. Vernon and Lynne Jaben Bratcher
Bratcher Gockel Law, L.C.
4014 B South Lynn Court
Independence, MO 64055
erin@bgklawyers.com
lynne@bgklawyers.com
*Attorneys for Plaintiff*

Respectfully submitted,

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
Stanley R. Parker, KS No. 10971
Assistant Attorney General/Trial Counsel
Office of the Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
stanley.parker@ag.ks.gov
(785) 296-6244
(785) 368-8423
Fax: (785) 291-3767
*Attorneys for Defendant*