# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DEBORAH (DC) C. BROIL** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Case No. 2:24-cv-02029 |
| ) | |
| **STATE OF KANSAS, KANSAS BUREAU** ) | |
| **OF INVESTIGATION AND ITS** ) | |
| **REPRESENTATIVES** ) | |
| ) | |
| *Defendant.* ) | |

## CERTIFICATE OF SERVICE

I hereby certify that the original of Plaintiff's Supplemental Disclosures Under Fed. R. Civ. Pro. 26(a)(1) was emailed to counsel for Defendant:

Stanley R. Parker, KS #10971, Assistant Attorney General/Trial Counsel
Matthew L. Shoger, KS No. 28151, Assistant Attorney General
120 SW 10th Avenue
2nd Floor, Topeka, KS 66612-1597
Stanley.parker@ag.ks.gov
Matt.shoger@ag.ks.gov

on this 13th day of October, 2025.

**BRATCHER GOCKEL LAW, L.C.**

By:   */s/ Erin N. Vernon*
      Erin N. Vernon, KS. Bar No.: 25792
      Lynne Jaben Bratcher, MO. Bar No. 31203
      4014B South Lynn Court
      Independence, Missouri 64055
      Ph: (816) 221-1614
      Fax: (816) 421-5910
      erin@bgklawyers.com
      lynne@bgklawyers.com

**ATTORNEYS FOR PLAINTFF**

## **CERTIFICATE OF SERVICE**

I hereby certify on the 13th day of October 2025 that a copy of the of the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system which automatically transmits a Notice of Electronic Filing to the following counsel:

Stanley R. Parker
Assistant Attorney General/Trial Counsel
Matthew L. Shoger
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612-1597
Stanley.parker@ag.ks.gov
Matt.shoger@ag.ks.gov

ATTORNEYS FOR DEFENDANT STATE OF KANSAS, KANSAS BUREAU OF INVESTIGATION AND ITS REPRESENTITIVES

                                                            /s/Erin N. Vernon
                                                         Attorney for Plaintiff