# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DEBORAH (DC) C. BROIL** | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) Case No. 2:24-cv-02029-DDC-RES |
| | ) |
| **STATE OF KANSAS, KANSAS BUREAU** | ) |
| **OF INVESTIGATION AND ITS** | ) |
| **REPRESENTATIVES** | ) |
| *Defendant.* | ) |

## PLAINTIFF'S CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2025, Plaintiff's First Set of Requests for Admission to Defendant, Plaintiff's Second Interrogatories to Defendant, and Plaintiff's Second Requests for Production of Documents to Defendant were emailed in both Microsoft Word and PDF format to the following counsel for Defendant:

Stanley R. Parker,
Matthew L. Shoger
120 SW 10th Avenue, 2nd Floor
Topeka, KS. 66612-1597
stanley.parker@ag.ks.gov
Matt.shoger.@ag.ks.gov

                                       **BRATCHER GOCKEL LAW, L.C.**
                                       By  */s/ Erin N. Vernon*
                                             Erin N. Vernon, Ks. Bar No.: 25792
                                             Lynne Jaben Bratcher, Mo. Bar No.:  31203
                                             4014 B South Lynn Court
                                             Independence, MO  64055
                                             Ph: (816) 221-1614
                                             Fax: (816) 421-5910
                                             E-Mail:  lynne@bgklawyers.com
                                                               erin@bgklawyers.com
                                         **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify on the 20th day of October 2025, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on:

**KANSAS ATTORNEY GENERAL'S OFFICE**

Stanley R. Parker, KS #10971
Assistant Attorney General/Trial Counsel
Matthew L. Shoger, KS #28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612-1597
Ph: 785-368-8423
Fax: 785-291-3767
stanley.parker@ag.ks.gov
Matt.shoger.@ag.ks.gov
**ATTORNEYS FOR DEFENDANT**

*/s/ Erin N. Vernon*
ATTORNEY FOR PLAINTIFF