IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DEBORAH (DC) C. BROIL | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) Case No. 2:24-cv-02029-DDC-RES |
| | ) |
| STATE OF KANSAS, KANSAS BUREAU OF INVESTIGATION AND ITS REPRESENTATIVES | ) ) ) |
| | ) |
| *Defendant.* | ) |

### SECOND AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF CHRISTA KNOX

**TO:** All Parties of Record

**DATE AND HOUR:** Wednesday, October 29, 2025
Beginning at 9:30 a.m.

**PLACE OF DEPOSITION:** Office of Kansas
Attorney General,
120 SW 10th Avenue, 2nd Floor,
Topeka, KS 66612

**WITNESS TO BE DEPOSED:** Christa Knox

**COURT REPORTER/VIDEOGRAPHER:** AAA Court Reporting (913) 385-2699

**PLEASE TAKE NOTICE** that at the above date and hour and place, Plaintiff shall cause this videotaped deposition to be taken upon oral examination before a reporter, videographer recorded by AAA Court Reporting and suitable notary public. The transcript may be used as prescribed by the Kansas Rules of Civil Procedure. Any party or their attorney may appear and participate as they see fit. The deposition shall continue until such time as said deposition is complete.

Respectfully submitted,

BRATCHER GOCKEL LAW, L.C.

By  /s/Erin N. Vernon
    Erin N. Vernon, Ks. Bar No.: 25792
    Lynne Jaben Bratcher, Mo. Bar No.: 31203
    4014 B South Lynn Court
    Independence, MO 64055
    Ph: (816) 221-1614
    Fax: (816) 421-5910
    E-Mail: erin@bgklawyers.com
            lynne@bgklawyers.com

ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF SERVICE

I hereby certify on the 23rd day of October, 2025 the foregoing was filed electronically with the Clerk of the Court via the CM/ECF System to the following counsel of record:

Stanley R. Parker,
Assistant Attorney General/Trial Counsel
Matthew L. Shoger,
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612-1597
Ph: 785-368-8423
Fax: 785-291-3767
Stanley.parker@ag.ks.gov
Matt.shoger@ag.ks.gov

/s/ Erin N. Vernon
Attorney for Plaintiff