# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DEBORAH (DC) C. BROIL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v.  ) | Case No. 24-2029-DDC-RES |
| ) | |
| **STATE OF KANSAS, KANSAS BUREAU** ) | |
| **OF INVESTIGATION AND ITS** ) | |
| **REPRESENTATIVES,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## NOTICE TO TAKE DEPOSITION

### TO ALL INTERESTED PARTIES:

Please take notice that the oral deposition testimony of the following named person will be taken at said time and place, before a certified shorthand reporter, to be used for discovery and evidence in the above captioned matter:

| | |
|---|---|
| **Deponent:** | Deborah C. Broil |
| **Date and Time:** | January 14, 2026, commencing at 10:00am |
| **Location:** | Baldwin & Vernon Trial Attorneys, LLC<br>108 S. Pleasant St.<br>Independence, MO 64050 |

All interested parties are further notified to appear and take such part in the examination as deemed advisable and as shall be fit and proper.

All interested parties are further notified that said deposition will be continued or adjourned from time to time or from place to place until completed.

DATED this 4th of December, 2025.

        Respectfully submitted,

        KRIS W. KOBACH
        ATTORNEY GENERAL

        */s/ Matthew L. Shoger*
        Matthew L. Shoger, KS No. 28151
        Assistant Attorney General
        Office of the Attorney General
        120 SW 10th Ave., 2nd Floor
        Topeka, Kansas 66612-1597
        matt.shoger@ag.ks.gov
        785-296-2215
        Fax: (785) 291-3767
        *Attorney for Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 4th of December, 2025, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

    Erin N. Vernon and Lynne Jaben Bratcher
    Bratcher Gockel Law, L.C.
    4014 B South Lynn Court
    Independence, MO 64055
    erin@bgklawyers.com
    lynne@bgklawyers.com
    *Attorneys for Plaintiff*

        */s/ Matthew L. Shoger*
        Matthew L. Shoger
        Assistant Attorney General