IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DEBORAH (DC) C. BROIL** ) <br> Plaintiff, ) <br> ) <br> v. ) Case No. 24-2029-DDC-RES <br> ) <br> **STATE OF KANSAS, KANSAS BRUEAU** ) <br> **OF INVESTIGATION AND ITS** ) <br> **REPRESENTATIVES** ) <br> Defendant. ) <br> ) | |

## ENTRY OF APPEARANCE

**COMES NOW** James Eric Todd, Assistant Attorney General, and hereby enters his appearance as co-counsel of record for Defendant Kansas Bureau of Investigation.

Respectfully Submitted,

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/ James Eric Todd*
James Eric Todd, KS No. 24297
Assistant Attorney General
Office of the Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612-1597
james.todd@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendant*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 22nd day of January, 2026, I electronically filed the foregoing with the Court using the CM/ECF system, and a notice of electronic filing was sent via the CM/ECF system to all counsel of record.

      Erin N. Vernon, Kevin Baldwin, and EmmaLee Wilson
      Baldwin & Vernon Trial Attorneys, LLC
      108 S. Pleasant St.
      Independence, MO 64050
      Erin@BVTrialAttys.com
      Kevin@BVTrialAttys.com
      Emma@BVTrialAttys.com
      *Attorneys for Plaintiff*

                                        */s/ James Eric Todd*
                                        James Eric Todd