**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **DEBORAH (DC) C. BROIL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 24-2029-DDC-RES** |
| | ) | |
| **STATE OF KANSAS, KANSAS BUREAU** | ) | |
| **OF INVESTIGATION AND ITS** | ) | |
| **REPRESENTATIVES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE MOTION SEEKING
LEAVE TO FILE PLAINTIFF'S SECOND AMENDED COMPLAINT AND FOR
RECONSIDERATION ON DISMISSAL OF PLAINTIFF'S RETALIATORY
HARASSMENT CLAIM**

In this unopposed motion, Plaintiff respectfully requests three additional days, through February 20, 2026, to file a Motion Seeking Leave to File Plaintiff's Second Amended Complaint and for Reconsideration on Dismissal of Plaintiff's Retaliatory Harassment Claim ("Motion to File Second Amended Complaint and For Reconsideration".

During the telephone status conference on February 6, 2026, the Court granted Plaintiff permission to file a Motion to File Second Amended Complaint and For Reconsideration due to the incorrect legal standard used to analyze Plaintiff's retaliatory hostile work environment claim and to incorporate newly discovered facts that support that claim in a proposed Second Amended Complaint. During that call, Plaintiff's counsel

indicated she believed Plaintiff's Motion to File Second Amended Complaint and For Reconsideration could be filed on February 17, 2026.

In addition to adding facts newly uncovered during the discovery process that support Plaintiff's Retaliatory Harassment claim, Plaintiff's Second Amended Complaint will also narrow her existing claims and the alleged adverse acts to streamline the issues to be addressed by dispositive motions and the proposed pretrial order. However, Plaintiff Broil needs additional time to understand the proposed changes and consent to narrowing her claims.

Thus, Plaintiff seeks three additional days, through February 20, 2026, to file her Motion to File Second Amended Complaint and For Reconsideration. Defendant Kansas Bureau of Investigation does not oppose this Motion.

Respectfully submitted,

*Baldwin & Vernon Trial Attorneys, LLC*
By      */s/Erin N. Vernon*
Erin N. Vernon, KS Bar No. 25792
Kevin Baldwin, KS Bar No. 18637
EmmaLee Wilson, KS Bar No. 78592
108 S. Pleasant St.
Independence, MO  64050
Ph: (816) 842-1102
Fax: (816) 842-1104
Email: Erin@BVTrialAttys.com
Kevin@BVTrialAttys.com
Emma@BVTrialAttys.com

ATTORNEYS FOR PLAINTIFF

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of February, 2026, I electronically filed the foregoing with the Court using the CM/ECF system, and a notice of electronic filing was sent via the CM/ECF system to all counsel of record.

*/s/ Erin N. Vernon*
Attorney for Plaintiff