## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

DEBORAH (DC) C. BROIL,                )
                                        )
      Plaintiff,                  )
                                        )
v.                                      )      Case No. 24-2029-DDC-RES
                                        )
KANSAS BUREAU                )
OF INVESTIGATION,          )
                                        )
      Defendant.              )
                                        )

## DEFENDANT'S MOTION FOR EXTENSION OF TIME

Defendant Kansas Bureau of Investigation respectfully moves this Court, through Assistant Attorney General Matthew L. Shoger, for an order allowing an extension of five days from the previous deadline in which to file a response to Plaintiff's Motion for Leave to File Her Second Amended Complaint and for Reconsideration of Dismissal of Plaintiff's Retaliatory Harassment Claim (Doc. 99). In support of the requested extension, the Defendant states the following:

1. Currently, Defendant's answer deadline is March 6, 2026.

2. Defendant has not previously received an extension as to this deadline.

3. Good cause exists for the requested motion.

4. While counsel for the Defendant was working on preparing a response, an unexpected information-technology system failure within the Attorney General's Office prevented its employees from accessing case files, emails, and even printers from March 4, 2026, at about 7 PM to March 5, 2026, at about 4:15 PM. Counsel for the Defendant was unable to access important documents related to this case, which significantly hindered counsel's ability to prepare a response.

5. Defendant reached out to Plaintiff by phone at about 1:54 PM on March 5, 2026, and again by email at 5:42 PM after the email system was back up to determine whether Plaintiff

opposes this Motion. At the time of this filing, Defendant has not received a response from Plaintiff.

6.    This Motion is made in good faith and is not presented for the purpose of delay. The extension is requested due to an foreseeable information-technology outage, the press of other business, and the undersigned counsel's previously scheduled obligations.

For these reasons, Defendant requests this Court enter an Order granting an extension of the time of five days, allowing until March 11, 2026, to respond to Plaintiff's motion, and any further relief this Court deems just and proper.

Respectfully submitted,

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

/s/ Matthew L. Shoger
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
James Eric Todd, KS No. 24297
Assistant Attorney General
Office of the Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
james.todd@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
Attorneys for the Defendant

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 6th day of March, 2025, the foregoing document was filed with the clerk of the court by using the CM/ECF system, and a notice of electronic filing was sent via the CM/ECF system to all counsel of record:

Erin N. Vernon, Kevin Baldwin, and EmmaLee Wilson
108 S. Pleasant St.
Independence, MO 64050
Erin@bvtrialattys.com
Kevin@bvtrialattys.com
Emma@bvtrialattys.com
*Attorneys for Plaintiff*

*/s/ Matthew L. Shoger*
Matthew L. Shoger
Assistant Attorney General