EXHIBIT

A

**TABLE OF ALLEGATIONS CITED IN MOTION VERSUS PROPOSED SECOND AMENDED COMPLAINT AND CURRENTLY OPERATIVE COMPLAINT**

| Doc. 99 | Doc. 99-1 | Doc. 22 |
|---|---|---|
| Listing several allegedly hostile actions **111** | 110 | 47, 57, 66, 78, |
| "Pre-litigation posture" **112(A), 40** | 40, 111(A) | n/a (newly alleged) |
| "Black bitch" **112(B)** | 111(B) | n/a (newly alleged) |
| Denied complaint form by HR **112(C)** | 18, 111(C) | 14 |
| Ignored by co-workers **112(D)** | 57, 110, 111(D) | 18, 47 ("exclusion from group"), 57, 66, 78 |
| Annual review recorded **112(E), 41** | 41-45, 111(E) | 38, 48(J), 58(I), 67(I), 79(J) |
| Meetings recorded **112(F), 41** | 41-45, 111(F) | 38 |
| "Young lady" **112(G)** | 58, 111(G) | n/a (newly alleged) |
| Denied opportunity to attend SWAF conference **112(H)** | 85, 111(H) | 26, 48(B), 58(A), 67(A), 79(B) |
| Denied opportunity to apply for investigating position **112(I)** | 103(A), 111(I), | 27, 48(C), 58(B), 67(B), 79(C) |
| Sent to Fred Pryor Training **112(J)** | 51, 96(A), 103(B), 111(J), | 25, 48(D), 58(C), 67(C), 79(D) |
| Specific peer review quotas **112(K)** | 48, 103(C), 111(K) | 13, 48(E), 58(D), 67(D), 79(E) |
| Equipment not updated with shorter methods **112(L)** | 111(L) | 48(F), 58(E), 67(E), 79(F), |
| Detailed plan required to work from home **112(M)** | 83, 111(M), | 36, 48(G), 58(F), 67(F), 79(G) |
| Daily report and meetings **112(N)** | 84, 110, 111(N) | 37, 47 ("different daily requirements"), 48(H), 57, 58(G), 66, 67(G), 78, 79(H) |
| "Unfair" performance review **112(O)** | 14, 89, 103(D), 111(O) | 11, 39, 48(I), 58(H), 67(H), 79(I) |

2

| Doc. 99 | Doc. 99-1 | Doc. 22 |
|---|---|---|
| HR refused to file complaint **112(P)** | 96(B), 111(P) | 21-22, 48(K), 58(J), 67(J), 79(K) |
| Special evaluation **112(Q)** | 103(F), 111(Q) | n/a (newly alleged) |
| Retraining program **112(R)-(V)** | 61, 64, 66, 72-73, 75, 77-78, 80-82, 85, 89, 103(E), 111(R)-(V) | 29-30, 33-35, 48(L)-(N), 58(K)-(M), 67(K)-(M), 79(L)-(N) |