EXHIBIT
B

**Kansas Bureau of Investigation [083]**
**Performance Review Form (Classified and Unclassified Employees)**

HR Form300 (Rev 9/16) - DA 244

Page 1 of 6

| | |
|---|---|
| **Employee Name:** DC Broil | **Employee ID:** K0000238805 |
| **Division/Unit:** 0835000520-Lab Chemistry | **Job Title:** Forensic Scientist III |
| **Supervisor:** Christa Knox | **Evaluation Period:   From:** 08-01-2022   **To:** 10-29-2022 |

**Review Type:**

☐ **Probationary** *(Check One)*      ☐ Recommend Permanent Status      ☐ Extend Probation      ☐ Not Recommend Permanent Status

☐ **Annual**

☒ **Special**

**OVERALL PERFORMANCE RATING** *(Check One)*

☐ **Exceptional (Excp.)** – Performance far exceeded expectations

☐ **Exceeds Expectations (E.E.)** – Performance consistently exceeded expectations

☐ **Meets Expectations (M.E.)** – Performance consistently met expectations

☐ **Needs Improvement (N.I.)** – Performance did not meet expectations

☐ **Unsatisfactory (Unsat.)** – Performance consistently below expectations

| Task Objectives | Rating | Examples of Task Performance |
|---|---|---|
| 1. Successfully complete the individualized training program as outlined by the Controlled Substances Technical Leader. | ME - Successfully passed all program sections due on or before 10-29-2022 (Sections 1-7). <br><br> Unsat - Has not passed all program sections due on or before 10-29-2022 (Sections 1-7). | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Competencies/Behaviors | | On the Job Suggestion/Example | Rating <br> *[Check one rating for each competency/behavior]* | Behavioral Examples/Comments |
|---|---|---|---|---|
| ☒ | Attitude/Accountability | • Accomplish tasks in a way that shows concern for all aspects of the job. <br> • Complete tasks in a timely manner. <br> • Accept direct responsibility for one's actions | ☐ **Excp.** – Highly dedicated & enthusiastic; Strongly supportive of KBI and division goals. <br> ☐ **E.E.** – Displays interest in duties | |

OAG003256

**Kansas Bureau of Investigation [083]**

**Performance Review Form (Classified and Unclassified Employees)**

HR Form300 (Rev 9/16) - DA 244

Page 2 of 6

| | | | | |
|---|---|---|---|---|
| | | and work product without attempting to conceal, divert or mitigate their true culpability.<br>• Truthfully acknowledge and explain one's actions and decisions when requested to do so by an authorized member of the KBI, without deception or subterfuge.<br>• Foster cooperation among members of the KBI by showing respect, courtesy and professionalism while interacting with co-workers and supervisors.<br>• Do not use language or engage in acts that demean, harass or intimidate another person.<br>• Interact with the public in a civil and professional manner that fosters public respect and cooperation.<br>• Treat suspects and convicted offenders with respect and courtesy. Guard against employing an officious or overbearing attitude. | and responsibilities. Flexible in response to changing circumstances.<br>☐ **M.E.** – Accepts job duties. Follows through without complaining.<br>☐ **N.I.** – Accepts job duties, occasionally with reluctance.<br>☐ **Unsat.** – Displays negative attitude toward job. Criticizes without offering constructive suggestions. | |
| ☒ | Communication | • When communicating with co-workers, your supervisor and customers (internal or external), be aware of tone of voice, be cognizant of the appropriateness of the words used, and remain nonaggressive.<br>• Understand the audience and tailor the communication accordingly.<br>• Verbal and written communication should be clear, concise, relevant and professional.<br>• Shares relevant agency information with those who have a business need to know the information.<br>• Do *not* communicate confidential information with those internal or external to the KBI who do not have a business need or reasons to know the information.<br>• Remain respectful, courtesy and professional in all conversations in the workplace. | ☐ **Excp.** – Outstanding communicator; can communicate complex information extremely well.<br>☐ **E.E.** – Communicates in a clear and professional manner. Tailors information for the intended audience.<br>☐ **M.E.** – Communicates in an organized, clear, and concise manner.<br>☐ **N.I.** – Sometimes lacks clarity or conciseness, but generally communicates desired information.<br>☐ **Unsat.** – Displays an inability to communicate clearly. | |

OAG003257

**Kansas Bureau of Investigation [083]**

**Performance Review Form (Classified and Unclassified Employees)**

HR Form300 (Rev 9/16) - DA 244

Page 3 of 6

| ☐ | **Customer Service** | • Follow through on customer (internal and external) inquiries, requests and complaints.<br>• Provide service and/or information in a respectful, courtesy and professional manner.<br>• Seek information from the customer to determine their underlying needs beyond those expressed initially.<br>• Make concrete attempt(s) to add value to the customer.<br>• Address customer service problems in a way that ensures the long-term viability of the relationship.<br>• Take personal responsibility for correcting customer service problems and do so in a non-defensive manner. | ☐ **Excp.** – Consistently anticipates and meets the needs of customers (internal and external).<br>☐ **E.E.** – Frequently anticipates and meets needs of the customer. Generally communicates well with the customer.<br>☐ **M.E.** – Meets customer need and communicates acceptably with customer.<br>☐ **N.I.** – Lacks consistency in meeting customer needs or effective customer communication.<br>☐ **Unsat.** – Fails to meet customer needs and contributes to ineffective customer communication. | |
|---|---|---|---|---|
| ☒ | **Teamwork** | • When needed, work cooperatively with others as part of a team, as opposed to working separately or competitively.<br>• Ensure all team members have the relevant and needed information.<br>• Encourage other team members to offer ideas, opinions and input to form specific decisions or plans as part of a collaborative team process.<br>• Value others' input and expertise. Be willing to learn from others.<br>• Publically recognize the contributions of other team members and speak positively of other team members.<br>• Protect and promote the team's reputation with others. | ☐ **Excp.** – Resolves conflicts by encouraging or facilitating resolutions of conflict by finding areas of agreement.<br>☐ **E.E.** – Builds team spirit by promoting good morale and cooperation. Supports and acts in accordance with final group decisions.<br>☐ **M.E.** – Works in a cooperative manner with co-workers. Contributes to team objectives. Does not take credit for others' contributions.<br>☐ **N.I.** – Does not consistently contribute to the team objectives.<br>☐ **Unsat.** – Seeks to undermine team objectives. | |
| ☐ | **Job Knowledge/ Professional Development** | | | |
| ☐ | **Problem Solving/ Decision Making** | | | |

OAG003258

**Kansas Bureau of Investigation [083]**　　　　　　　　　　　　HR Form300 (Rev 9/16) - DA 244
**Performance Review Form (Classified and Unclassified Employees)**　　　　Page 4 of 6

| | | | |
|---|---|---|---|
| ☐ | | | |
| ☐ | | | |

**ESSENTIAL REQUIREMENTS***

| | |
|---|---|
| **\*Dependability**: Recognizes responsibilities to the KBI and applies effective work habits and attitudes to meet work requirements. Attends work regularly and on time, plans appropriately for absences.  Assumes personal accountability for work.<br><br>　　　　　**Meets Expectations:** ☐　**Unsatisfactory:** ☐ | **\*KBI Values**: Individuals adhering to KBI values align their actions with high standards of conduct, accept responsibility for behavior, and exhibit personal integrity at all times. Acts as a role model for other employees and does the right thing, even when no one is watching. Demonstrates personal integrity and ethical behavior.  Displays good stewardship of KBI resources (i.e., time and material).  Adapts to changes in processes, procedures and responsibilities.<br><br>　　　**Meets Expectations:** ☐　**Unsatisfactory:** ☐ |

**\*Essential Requirements:** An Unsatisfactory rating in Dependability or KBI Values will result in an Overall Performance Rating of Unsatisfactory

**Areas of Strength(s):**

**Areas for Development:**

**Other Evaluation Comments:**

| | | |
|---|---|---|
| **Performance Planning Discussion**　Employee's Signature: | X _[signature]_ | Date: _28 July 2022_ |
| **Mid-Year Discussion**　Employee's Signature: _____ | | Date: _____ |

OAG003259

**Kansas Bureau of Investigation [083]**                                    HR Form300 (Rev 9/16) - DA 244
**Performance Review Form (Classified and Unclassified Employees)**                    Page 5 of 6

---

**Annual Performance Review Discussion**

**Employee Acknowledgement:** The contents of this assessment have been discussed with me and I have received a copy thereof. My signature does not imply agreement or disagreement with this review. *Only a permanent classified employee, within seven days of being informed of his/her rating, may appeal to the agency head pursuant to K.A.R. 1-7-12.*

Employee's Signature: _____Date: _____

My comments are as follows: _____

_____

_____

Manager's Signature (completed by): _____Date: _____

Reviewer's Signature (reviewed by): _____Date: _____

Appointing Authority's Signature (completed by): _____Date: _____

OAG003260

**Kansas Bureau of Investigation [083]**
**Performance Review Form (Classified and Unclassified Employees)**

HR Form300 (Rev 9/16) - DA 244
Page 6 of 6

## Definitions

| |
|---|
| **Problem Solving/Decision Making** <br> Consistently gives reasonable consideration to all issues that arise, gathers and analyzes information accurately, seeks appropriate input, makes quality and timely decisions, and communicates those decisions to all affected parties. |
| **Attitude/Accountability** <br> Maintains a positive attitude. Accepts challenges due to changing conditions and situations in work responsibilities.  Can work independently.  Accepts personal responsibility for work, actions, and attitudes. Accepts constructive criticism/suggestions.  Handles conflict in a constructive manner. Consistently works scheduled duty hours and maintains recommended leave balances. Effectively represents the work unit. |
| **Teamwork** <br> Cooperates with co-workers, treating them with respect, and integrity, voluntarily provides support to team members, ensures all team members have the relevant and needed information, genuinely values others' input and expertise and is willing to learn from others, adds value to team meetings |
| **Customer Service** <br> Treats clients and customers with respect and compassion, demonstrates understanding of client's point of view, delivers on commitment, provides friendly, cheerful service, distributes helpful information to clients, and  maintains confidentiality |
| **Communication** <br> Demonstrates high quality and effective interpersonal communication skills with subordinates, peers, and supervisors through clear, concise written and oral communications.  Maintains healthy working relationships.  Appreciates the diversity of others.  Displays an appropriate balance between personal effort and team effort. |
| **Job Knowledge/Professional Development** <br> Is technically and professionally skilled in all position responsibilities and requirements.  Maintains currency in all professional aspects of program responsibility. Seeks new skills, sets high professional goals and standards. Demonstrates knowledge of procedures and policies. |
| **Leadership (includes Staff Development)** <br> Utilizes employee skills effectively and productively in meeting program goals.  Develops goals, objectives and deadlines.  Promotes appropriate staff development activities.  Recognizes problems, seeks appropriate input, and develops solutions to resolve personnel problems or improve procedures.  Motivates staff and gains support and action from others while maintaining professional relationships.  Creates and maintains a positive goal-oriented environment. Provides training, supervision and feedback to employees and students.  Consistently challenges past practices in order to identify and implement more effective and efficient practices.  Assures that follow up is provided. |

OAG003261

**Kansas Bureau of Investigation [083]**

**Performance Review Form (Classified and Unclassified Employees)**

HR Form300 (Rev 9/16) - DA 244

Page 1 of 6

OAG003248

| Employee Name: DC Broil | Employee ID: K0000238805 |
|---|---|
| Division/Unit: 0835000520-Lab Chemistry | Job Title: Forensic Scientist III |
| Supervisor: Christa Knox | Evaluation Period:   From: 10-27-2022   To: 11-26-2022 |

**Review Type:**

☐ **Probationary** (Check One)    ☐ Recommend Permanent Status    ☐ Extend Probation    ☐ Not Recommend Permanent Status

☐ **Annual**

☒ **Special**

**OVERALL PERFORMANCE RATING** (Check One)

☐ **Exceptional (Excp.)** – Performance far exceeded expectations

☐ **Exceeds Expectations (E.E.)** – Performance consistently exceeded expectations

☐ **Meets Expectations (M.E.)** – Performance consistently met expectations

☐ **Needs Improvement (N.I.)** – Performance did not meet expectations

☒ **Unsatisfactory (Unsat.)** – Performance consistently below expectations

| Task Objectives | Rating | Examples of Task Performance |
|---|---|---|
| 1. Successfully complete the individualized training program as outlined by the Controlled Substances Technical Leader.<br><br>Training program sections must have all portions completed to the satisfaction of the trainer. Specifically, all questions, exercises, and exams must be successfully completed and turned in to your trainer to be signed off on a program section.<br><br>Program Sections that must be completed during this review period (from your modified training program initiation form):<br>    (6) Task 4.02 Stimulants<br>    (7) Task 4.03 Hallucinogens | __ME - Successfully passed all program sections due on or before 11-26-2022 (Sections 6-7).<br>_X_ Unsat - Has not passed all program sections due on or before 11-26-2022 (Sections 6-7). | You have made some progress on the first program section (Stimulants) but you have not successfully completed either program section of your training program, to which you initially signed acceptance of on July 28, 2022 and signed acceptance of modified target completion dates on October 27, 2022. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Competencies/Behaviors | On the Job Suggestion/Example | Rating<br>[Check one rating for<br>each competency/behavior] | Behavioral Examples/Comments |
|---|---|---|---|

**Kansas Bureau of Investigation [083]**

**Performance Review Form (Classified and Unclassified Employees)**

HR Form300 (Rev 9/16) - DA 244

Page 2 of 6

OAG003249

| ☒ | Attitude/Accountability | • Accomplish tasks in a way that shows concern for all aspects of the job.<br>• Complete tasks in a timely manner.<br>• Accept direct responsibility for one's actions and work product without attempting to conceal, divert or mitigate their true culpability.<br>• Truthfully acknowledge and explain one's actions and decisions when requested to do so by an authorized member of the KBI, without deception or subterfuge.<br>• Foster cooperation among members of the KBI by showing respect, courtesy and professionalism while interacting with co-workers and supervisors.<br>• Do not use language or engage in acts that demean, harass or intimidate another person.<br>• Interact with the public in a civil and professional manner that fosters public respect and cooperation.<br>• Treat suspects and convicted offenders with respect and courtesy. Guard against employing an officious or overbearing attitude. | ☐ **Excp.** – Highly dedicated & enthusiastic; Strongly supportive of KBI and division goals.<br>☐ **E.E.** – Displays interest in duties and responsibilities. Flexible in response to changing circumstances.<br>☐ **M.E.** – Accepts job duties. Follows through without complaining.<br>☐ **N.I.** – Accepts job duties, occasionally with reluctance.<br>☒ **Unsat.** – Displays negative attitude toward job. Criticizes without offering constructive suggestions. | You show concern for your training. However, you continue to refuse to accept direct responsibility for your performance, attempting to avoid accountability by blaming the amount of training references and your perceived lack of appropriate resources.<br><br>Additionally you have continued to resist turning in questions to your trainer, as instructed, even after being assured that you wouldn't be penalized for submitting the same question more than once.<br><br>You have continued to struggle to complete tasks in a timely manner. You have not been able to make simple time management decisions about doing other assigned tasks in addition to your training (i.e. pump oil changes). Even after all other assignments were reassigned for you to focus solely on your training, you were unable to complete the training on time. You also took it upon yourself to go ahead and change the pump oil in one instrument, neglecting to work on your training during that time and causing additional delays in getting training questions completed and submitted to your trainer. |
| ☒ | Communication | • When communicating with co-workers, your supervisor and customers (internal or external), be aware of tone of voice, be cognizant of the appropriateness of the words used, and remain nonaggressive.<br>• Understand the audience and tailor the | ☐ **Excp.** – Outstanding communicator; can communicate complex information extremely well.<br>☐ **E.E.** – Communicates in a clear and professional manner. Tailors information for the intended | You have communicated with your trainer and supervisor on a daily basis during this review period. And you have been checking in with your trainer in-person more frequently. Still, you continue to rely heavily on |

**Kansas Bureau of Investigation [083]**

HR Form300 (Rev 9/16) - DA 244

**Performance Review Form (Classified and Unclassified Employees)**

Page 3 of 6

OAG003250

| | | | | |
|---|---|---|---|---|
| | | communication accordingly.<br>• Verbal and written communication should be clear, concise, relevant and professional.<br>• Shares relevant agency information with those who have a business need to know the information.<br>• Do *not* communicate confidential information with those internal or external to the KBI who do not have a business need or reasons to know the information.<br>• Remain respectful, courtesy and professional in all conversations in the workplace. | audience.<br>☐ **M.E.** – Communicates in an organized, clear, and concise manner.<br>☒ **N.I.** – Sometimes lacks clarity or conciseness, but generally communicates desired information.<br>☐ **Unsat.** – Displays an inability to communicate clearly. | email communication and include questions within assignments that you turn in to your trainer, rather than asking him in-person as they come up. This has contributed to your not completing your training in a timely manner.<br><br>Additionally, you have neglected to bring up perceived issues in-person, instead listing them in email. You have been reminded multiple times during this review period that you are best served by communicating issues to your supervisor and trainer in-person as soon as they arise. |
| ☐ | **Customer Service** | • Follow through on customer (internal and external) inquiries, requests and complaints.<br>• Provide service and/or information in a respectful, courtesy and professional manner.<br>• Seek information from the customer to determine their underlying needs beyond those expressed initially.<br>• Make concrete attempt(s) to add value to the customer.<br>• Address customer service problems in a way that ensures the long-term viability of the relationship.<br>• Take personal responsibility for correcting customer service problems and do so in a non-defensive manner. | ☐ **Excp.** – Consistently anticipates and meets the needs of customers (internal and external).<br>☐ **E.E.** – Frequently anticipates and meets needs of the customer. Generally communicates well with the customer.<br>☐ **M.E.** – Meets customer need and communicates acceptably with customer.<br>☐ **N.I.** – Lacks consistency in meeting customer needs or effective customer communication.<br>☐ **Unsat.** – Fails to meet customer needs and contributes to ineffective customer communication. | |
| ☐ | **Teamwork** | • When needed, work cooperatively with others as part of a team, as opposed to working separately or competitively.<br>• Ensure all team members have the relevant and needed information.<br>• Encourage other team members to offer ideas, opinions and input to form specific decisions or plans as part of a collaborative | ☐ **Excp.** – Resolves conflicts by encouraging or facilitating resolutions of conflict by finding areas of agreement.<br>☐ **E.E.** – Builds team spirit by promoting good morale and cooperation. Supports and acts in accordance with final group | |

**Kansas Bureau of Investigation [083]**

HR Form300 (Rev 9/16) - DA 244

**Performance Review Form (Classified and Unclassified Employees)**

Page 4 of 6

OAG003251

|  |  |  | decisions. |  |
|---|---|---|---|---|
|  |  | team process.<br>• Value others' input and expertise. Be willing to learn from others.<br>• Publically recognize the contributions of other team members and speak positively of other team members.<br>• Protect and promote the team's reputation with others. | ☐ **M.E.** – Works in a cooperative manner with co-workers. Contributes to team objectives. Does not take credit for others' contributions.<br>☐ **N.I.** – Does not consistently contribute to the team objectives.<br>☐ **Unsat.** – Seeks to undermine team objectives. |  |
| ☐ | **Job Knowledge/ Professional Development** |  |  |  |
| ☐ | **Problem Solving/ Decision Making** |  |  |  |
| ☐ |  |  |  |  |
| ☐ |  |  |  |  |

**ESSENTIAL REQUIREMENTS\***

| **\*Dependability**: Recognizes responsibilities to the KBI and applies effective work habits and attitudes to meet work requirements. Attends work regularly and on time, plans appropriately for absences.  Assumes personal ccountability for work.<br><br>**Meets Expectations:** ☐  **Unsatisfactory:** ☒ | **\*KBI Values:** Individuals adhering to KBI values align their actions with high standards of conduct, accept responsibility for behavior, and exhibit personal integrity at all times. Acts as a role model for other employees and does the right thing, even when no one is watching. Demonstrates personal integrity and ethical behavior.  Displays good stewardship of KBI resources (i.e., time and material).  Adapts to changes in processes, procedures and responsibilities.<br><br>**Meets Expectations:** ☐  **Unsatisfactory:** ☒ |
|---|---|

**\*Essential Requirements:** An Unsatisfactory rating in Dependability or KBI Values will result in an Overall Performance Rating of Unsatisfactory

**Areas of Strength(s): You have made it a priority during this review period to check in with your trainer and supervisor on a daily basis.**

**Areas for Development: You have struggled to adapt to the training program and with effectively communicating your needs.  You have not taken accountability for your work, showing resistance to demonstrating your work product, nor have you been effective in managing your time to meet the training program timelines that you previously agreed to, which were in fact extended by an additional month. You have also struggled in adapting to changes in responsibilities, protesting when assignments are reassigned so that you can focus on your training.**

**Other Evaluation Comments:**

**Kansas Bureau of Investigation [083]**
**Performance Review Form (Classified and Unclassified Employees)**

HR Form300 (Rev 9/16) – DA 244
Page 5 of 6

OAG003252

| | |
|---|---|
| **Performance Planning Discussion**     Employee's Signature: _____ | Date: _____ |
| **Mid-Year Discussion**     Employee's Signature: _____ | Date: _____ |

**Annual Performance Review Discussion**

**Employee Acknowledgement:** The contents of this assessment have been discussed with me and I have received a copy thereof. My signature does not imply agreement or disagreement with this review. *Only a permanent classified employee, within seven days of being informed of his/her rating, may appeal to the agency head pursuant to K.A.R. 1-7-12.*

Employee's Signature: _____     Date: *05 Dec 2022*

My comments are as follows: *I disagree with this evaluation. I do not avoid anything that is presented to me. I do not blame someone or something, however I do state what is needed (as asked) to complete task. This evaluation does not represent the work that I have completed and miss represents what has been done and how things have ✱*

Manager's Signature (completed by): _____     Date: *12|5|22*

Reviewer's Signature (reviewed by): _____     Date: _____

Appointing Authority's Signature (completed by): _____     Date: _____

*✱ been done.*

**Kansas Bureau of Investigation [083]**
**Performance Review Form (Classified and Unclassified Employees)**

HR Form300 (Rev 9/16) - DA 244
Page 6 of 6

OAG003253

## Definitions

| |
|---|
| **Problem Solving/Decision Making**<br>Consistently gives reasonable consideration to all issues that arise, gathers and analyzes information accurately, seeks appropriate input, makes quality and timely decisions, and communicates those decisions to all affected parties. |
| **Attitude/Accountability**<br>Maintains a positive attitude. Accepts challenges due to changing conditions and situations in work responsibilities.  Can work independently.  Accepts personal responsibility for work, actions, and attitudes. Accepts constructive criticism/suggestions.  Handles conflict in a constructive manner. Consistently works scheduled duty hours and maintains recommended leave balances. Effectively represents the work unit. |
| **Teamwork**<br>Cooperates with co-workers, treating them with respect, and integrity, voluntarily provides support to team members, ensures all team members have the relevant and needed information, genuinely values others' input and expertise and is willing to learn from others, adds value to team meetings |
| **Customer Service**<br>Treats clients and customers with respect and compassion, demonstrates understanding of client's point of view, delivers on commitment, provides friendly, cheerful service, distributes helpful information to clients, and  maintains confidentiality |
| **Communication**<br>Demonstrates high quality and effective interpersonal communication skills with subordinates, peers, and supervisors through clear, concise written and oral communications.  Maintains healthy working relationships.  Appreciates the diversity of others.  Displays an appropriate balance between personal effort and team effort. |
| **Job Knowledge/Professional Development**<br>Is technically and professionally skilled in all position responsibilities and requirements.  Maintains currency in all professional aspects of program responsibility.  Seeks new skills, sets high professional goals and standards. Demonstrates knowledge of procedures and policies. |
| **Leadership (includes Staff Development)**<br>Utilizes employee skills effectively and productively in meeting program goals.  Develops goals, objectives and deadlines.  Promotes appropriate staff development activities.  Recognizes problems, seeks appropriate input, and develops solutions to resolve personnel problems or improve procedures.  Motivates staff and gains support and action from others while maintaining professional relationships.  Creates and maintains a positive goal-oriented environment.  Provides training, supervision and feedback to employees and students.  Consistently challenges past practices in order to identify and implement more effective and efficient practices.  Assures that follow up is provided. |