**EXHIBIT C**

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DEBORAH (DC)C. BROIL,            )
                                 )
                Plaintiff,       )
                                 ) Case No.24-2029-DDC-RES
    v.                           )
                                 )
STATE OF KANSAS, KANSAS          )
BUREAU OF INVESTIGATION          )
AND ITS REPRESENTATIVES,         )
                                 )
                Defendant.       )

              DEPOSITION OF DEBORAH (DC) C. BROIL,
a Witness, taken on behalf of the Defendant
before Susan VanGulick, CCR No. 1543, CVR No.
8867, pursuant to Notice on the 23rd day of
January, 2026, at the offices of Baldwin &
Vernon Trial Attorneys, LLC, 108 South Pleasant
Street, Independence, Missouri 64050.

Page 2

A P P E A R A N C E S

APPEARING FOR THE PLAINTIFF:

Ms. Erin N. Vernon
BALDWIN & VERNON TRIAL ATTORNEYS, LLC
108 South Pleasant Street
Independence, Missouri 64050
816.842.1102
erin@BVTrialAttys.com

APPEARING FOR THE DEFENDANT:

Mr. Matthew L. Shoger
Mr. James Todd
OFFICE OF THE ATTORNEY GENERAL
120 SW 10th Avenue
2nd Floor
Topeka, Kansas 66612-1597
785.296.2215
matt.shoger@ag.ks.gov

Page 5

(Deposition began at 10:24 AM)

DEBORAH (DC) C. BROIL,

a Witness, being first duly sworn, testified

under oath as follows:

EXAMINATION

BY MATTHEW SHOGER:

Q.   We've met before.  My name is Matt
Shoger and this is James Todd, whom I believe
you just met --

A.   Yes.

Q.   -- my co-counsel on this case.  We
represent the -- we are both assistant Attorneys
General of the Kansas Attorney General's office.
Have you ever had a deposition before?

A.   No.

Q.   I know you said that there are several
depositions in this case and that and you're
familiar with the process, but we will go
through some basic ground rules of depositions.
Anyway, we always go through these.  Have you
ever testified under oath?

A.   Yes.

Q.   And that was in criminal trials; is
that correct?

A.   Yes.

Page 208

change partners with him or not.  We never had that conversation anymore.  He did not bring it up.

He did not call me that old lady anymore.  It didn't happen again.  So I don't know what he did or who he talked to, but they didn't change partners.  We continued that until the rotations were over.

Q.   And you never reported that to HR or your supervisors?

A.   No.  If you just report, report, report, you are like a nag.  You have to stand up and try to move forward to do a better job or try to comply.  You don't just complain, complain, complain -- they get rid of black people for doing that.

Q.   All I have left on my outline are the wrap up questions but I want to look over my notes quickly, like five minutes.

(Off the record at 5:37 PM)

(On the record at 5:46 PM)

By MATT SHOGER:

Q.   I realize I have two more questions to ask.  Have you ever heard anyone at the KBI refer to you as the N-word and I mean

Page 209

N-I-G-G-E-R?

A.   I have not, but he said that to me.

Q.   Have you ever heard anyone at the KBI refer to you as a black bitch?

A.   No.

Q.   I guess that was two questions about one subject and the other subject remaining -- back on Exhibit 3, this is the complaint, on Page 4, Paragraph 13, it says, Plaintiff was required to meet specific peer-reviewed quotas under different conditions than her colleagues, and I know I said I thought we were done with exhibits, but I've got one more exhibit.

ERIN VERNON:   I would be shocked if there wasn't.  We are never that lucky.

MATTHEW SHOGER:   Sorry, trying to figure where to put the exhibit sticker. There's text everywhere.  This is Exhibit 21. This is your 2021 Year End Review.

A.   Yes.

BY MATT SHOGER:

Q.   Take a second to look through them to verify, if you would like.  Let me know when you are ready.

A.   Okay.

Page 221

C E R T I F I C A T E

I, Susan VanGulick, a Certified Court Reporter, do hereby certify:

That prior to being examined the witness was by me duly sworn;

That said deposition was taken down by me, verbatim, at the time and place hereinbefore stated and was thereafter reduced to writing under my direction;

That I am not a relative or employee or attorney or counsel of any of the parties, or a relative or employee of such attorney or counsel, or financially interested in the action.

WITNESS my hand and seal this 23rd day of January, 2026.

*Susan VanGulick*

SUSAN VANGULICK, CCR No. 1543 CVR No.8867