**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **DEBORAH (DC) C. BROIL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 24-2029-DDC-RES** |
| | ) | |
| **STATE OF KANSAS, KANSAS BUREAU** | ) | |
| **OF INVESTIGATION AND ITS** | ) | |
| **REPRESENTATIVES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S MOTION TO EXTEND DEADLINE TO FILE REPLY TO
DEFENDANTS'S RESPONSE IN OPPOSITION IN PART TO MOTION TO
AMEND AND FOR RECONSIDERATION**

In this motion, Plaintiff respectfully requests through April 20, 2026, to file a Reply to Defendant's Response in Opposition in Part to Motion to Amend and for Reconsideration ("Reply"). Plaintiff's Reply is due today, April 3, 2026.

Plaintiff's counsel did not oppose Defendant's extensions to respond. However, by the time Defendant filed its Response, Plaintiff's counsel was deep in preparation for trial. Plaintiff's lead counsel will be out of the country April 6 through 13.

Thus, Plaintiff seeks through April 20, 2026, to file her Reply. Defendant indicated when Plaintiff did not oppose its extensions that it would not object to Plaintiff's extension on the Reply. Defendant's counsel is on holiday and has not responded to Plaintiff's counsel's email confirming no objection to an extension through April 20, 2026.

Respectfully submitted,

*Baldwin & Vernon Trial Attorneys, LLC*

By */s/ Erin N. Vernon*
   Erin N. Vernon, KS Bar No. 25792
   Kevin Baldwin, KS Bar No. 18637
   Sylvia Hernandez, KS Bar No. 78915
   EmmaLee Wilson, KS Bar No. 78592
   108 S. Pleasant St.
   Independence, MO  64050
   Ph: (816) 842-1102
   Fax: (816) 842-1104
   Email: Erin@BVTrialAttys.com
     Kevin@BVTrialAttys.com
     Sylvia@BVTrialAttys.com
     Emma@BVTrialAttys.com

ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of April, 2026, I electronically filed the foregoing with the Court using the CM/ECF system, and a notice of electronic filing was sent via the CM/ECF system to all counsel of record.

*/s/ Erin N. Vernon*
Attorney for Plaintiff