**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **DEBORAH (DC) C. BROIL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 24-2029-DDC-RES** |
| | ) | |
| **KANSAS BUREAU** | ) | |
| **OF INVESTIGATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## <u>DEFENDANT'S RESPONSE TO MOTION FOR EXTENSION OF TIME</u>

Defendant Kansas Bureau of Investigation does not oppose Plaintiff's Motion to Extend Deadline to File Reply to Defendant's Response in Opposition in Part to Motion to Amend and for Reconsideration ("Motion") (Doc. 104). Defendant understands the original deadline to have been March 19, 2026 (calculated as seven days from the amended response on March 12, Doc. 103, under D. Kan. Rule 6.1(d)(4)), and so understands the Motion to be requesting leave to file out of time. Regardless, Defendant anticipated that Plaintiff would need an extension of time based on earlier discussions between the parties and does not oppose the Motion.

Respectfully submitted,

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
James Eric Todd, KS No. 24297
Assistant Attorney General
Office of the Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
james.todd@ag.ks.gov

(785) 296-2215
Fax: (785) 291-3767
*Attorneys for the Defendant*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of April, 2025, the foregoing document was filed with the clerk of the court by using the CM/ECF system, and a notice of electronic filing was sent via the CM/ECF system to all counsel of record:

Erin N. Vernon, Kevin Baldwin, and EmmaLee Wilson
108 S. Pleasant St.
Independence, MO 64050
Erin@bvtrialattys.com
Kevin@bvtrialattys.com
Emma@bvtrialattys.com
*Attorneys for Plaintiff*

/s/ Matthew L. Shoger
Matthew L. Shoger
Assistant Attorney General

3