**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **DEBORAH C. BROIL,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**KANSAS BUREAU OF INVESTIGATION,**<br><br>**Defendant.** | **Case No. 2024-CV-2029-DDC-RES** |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

COMES NOW Defendant Kansas Bureau of Investigation (hereinafter, "KBI" or "Defendant"), by and through Assistant Attorneys General James Eric Todd and Matthew L. Shoger, and for its Response to Plaintiff's Motion for Leave to Exceed Page Limit. Defendant states as follows:

**BACKGROUND**

1. Plaintiff Deborah C. Broil (hereinafter, "Broil" or "Plaintiff") filed a civil complaint on January 22, 2024, against Defendant. (Doc. 1).

2. Plaintiff filed her First Amended Complaint on June 18, 2024. (Doc. 22).

3. On July 29, 2026, Defendant filed its Motion for Summary Judgment and Memorandum of Law in Support ("Defendant's Motion"). (Docs. 119 & 120).

4. On August 10, 2026, Plaintiff requested and was granted an extension of the deadline to file Plaintiff's response to Defendant's Motion to September 2, 2026. (Docs. 124 & 125).

5. On August 26, 2026, Plaintiff requested and was granted a second extension of the deadline to file Plaintiff's response to Defendant's Motion to September 24, 2026. (Docs. 129 & 130).

6. On September 16, 2026, Plaintiff filed her Motion for Leave to Exceed Page Limit. (Doc. 131).

## ARGUMENT

7. Local Rule 7.1(d)(2) sets a page limit of forty (40) pages for briefs in support of and in response to summary judgment.

8. Local Rule 7.1(d)(4) establishes that a motion to exceed this limit must be filed three days before the filing deadline.

9. Counsel for the Defendant was contacted by Counsel for the Plaintiff regarding Plaintiff's request to exceed the page limit set by Local Rule 7.1(d)(2).

10. Counsel for the Defendant told Counsel for the Plaintiff they would not object to a reasonable extension of the page limit.

11. Defendant believes a request for forty-one additional pages is not reasonable because an eighty-one-page response is double the limit set by Local Rule 7.1(d)(2).

12. Defendant objects to the Plaintiff's request to exceed the page limit of Local Rule 7.1(d)(2) by forty-one pages. (Doc. 131 ¶ 6).

WHEREFORE, Defendant requests that the Court deny Plaintiff's request to exceed the page limit by forty-one pages, and for such other relief as the Court deems just and proper.

Respectfully submitted,

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/ James Eric Todd*
James Eric Todd, KS No. 24297
Assistant Attorney General
Office of the Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612-1597
James.Todd@ag.ks.gov
Tel: (785) 296-2215
Fax: (785) 291-3767
*Attorney for the Defendant*

Matthew L. Shoger, KS No. 28151
Assistant Attorney General / Deputy Chief Counsel
Kansas Bureau of Investigation
1620 SW Tyler St.
Topeka, Kansas 66612
matt.shoger@kbi.ks.gov
(785) 296-8200
Fax: (785) 296-0915
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th of September, 2026, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

Erin N. Vernon
Sylvia Hernandez
erin@bvtrialattys.com
sylvia@bvtrialattys.com
Baldwin & Vernon Trial Attorneys, LLC
108 South Pleasant Street
Independence, MO 64050
*Attorneys for Plaintiff*

*/s/ James Eric Todd*
James Eric Todd
Assistant Attorney General