**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**
**AT KANSAS CITY**

| | |
|---|---|
| DEBORAH (DC) C. BROIL, | ) |
| | ) |
| Plaintiff, | ) |
| | )Case No. 2:24-CV-02029-DDC-RES |
| v. | ) |
| | ) |
| STATE OF KANSAS, KANSAS BUREAU OF INVESTIGATION AND ITS REPRESENTATIVES, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S INDEX OF EXHIBITS TO HER RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Deborah (DC) C. Broil submits the following index of the exhibits filed with her Response in Opposition to Defendant's Motion for Summary Judgment. Plaintiff's exhibits are lettered beginning with E because Defendant's four declarations are Exhibits A through D to its Motion (Doc. 120-2 to 120-5).

| Exhibit | Description | Bates / Cited as |
|---|---|---|
| E | Key to Citations in Plaintiff's Response | P. Ex. E |
| E1 | Timeline of key events, each entry citing the record support in Plaintiff's Response | P. Ex. E1 |
| F | Defendant's Responses to Plaintiff's First Requests for Admission | RFA |
| G | Qualtrax workflow 41394, quarterly training updates on D.C. Broil (printed May 24, 2022) | OAG2035-40 |
| H | "DCB Case Production" metric rating chart | OAG6468 |
| I | Knox and Broil emails, "Timesheet Question," May 14-18, 2021, and "Time Sheet" and "Corrected Timesheet," November 10-24, 2021 | OAG1701-06 |
| J | Knox email, March 30, 2022, "Pryor Training - Dealing w Diff. People" | OAG6962 |
| K | Rule 30(b)(6) deposition of KBI, designee Mary Henderson, January 26, 2026 | Henderson 30(b)(6) Dep. |

| | | |
|---|---|---|
| L | Woodward to Knox email, April 26, 2022 | OAG6662 |
| M | Chemistry Section amended reports and nonconformity list | OAG6467 |
| N | Knox “DCB Amendments” tracker, May 9, 2022 | OAG6500 |
| O | Knox email to LAB - Chemistry All, March 25, 2022, “SOP Refresher - Modified Assignment” | OAG2043 |
| P | Royel to Riddle email, March 8, 2022, “FW: Any Tech Review Concerns” | OAG6657 |
| Q | Deposition of Dwain Worley, October 23, 2025 | Worley Dep. |
| R | Price handwritten notes, March 11, 2022 meeting | OAG2833 |
| S | Knox and Riddle emails, June 17-20, 2022, “RE: LIMS Help” | OAG5004-05 |
| T | Broil to Price, Knox, and Riddle email, August 1, 2022, “RE: Chemistry Retraining” | OAG4699-4701 |
| U | July 19, 2022 drafts of the Training Program Initiation Form and the 90-day special review form | OAG6455-62 |
| V | Woodward to Riddle and White email, August 9, 2022, 7:29 a.m. | OAG4621-22 |
| W | Woodward to Riddle and White email, August 9, 2022, 8:57 a.m. | OAG4606-07 |
| X | Price to Riddle email, August 25, 2022 | OAG6175 |
| Y | Broil and Riddle emails, September 19, 2022, “RE: Spot Test Training Module” | OAG5349 |
| Z | KBI management notes | OAG6548 |
| AA | Deposition of Beth Royel, October 28, 2025 | Royel Dep. |
| AB | Riddle and Broil emails, November 17, 2022, “GC Training Module” | DCB-P734-35 |
| AC | Broil to Knox email, August 24, 2022, “CSRT Applicant”; Thompson memorandum, August 2022, Crime Scene Response Team eligibility | OAG6862-64 |
| AD | Deposition of Kirk Thompson, January 29, 2026 | Thompson Dep. |
| AE | Rule 30(b)(6) deposition of KBI, designee Mary McAferty, January 26, 2026 | McAferty 30(b)(6) Dep. |
| AF | Deposition of D.C. Broil, January 23, 2026 (excerpts), with errata sheet and counsel correspondence of April 4, 6, and 23, 2026 | Broil Dep. |
| AG | Knox and Broil emails, Nov. 7-8, 2022, "RE: Pump Oil Changes" | DCB-P221-26 |
| AH | Broil application letter to KBI, Dec. 14, 2018 (Los Angeles Sheriff crime scene rotation) | OAG3051-52 |
| AI | Qualtrax workflow, work authorization for controlled substances, Oct. 11, 2019 | OAG1870-78 |
| AJ | Authorization to Perform Work, Jan. 8, 2020 (marijuana/THC and microscopes); page 2056 is also D. Ex. 41 | OAG2056-57 |
| AK | Authorization to Perform Work, Oct. 20, 2020 (LCUVMS); page 2015 is also D. Ex. 40 | OAG2015-16 |
| AL | Intentionally omitted | |
| AM | Training Program Initiation Form, Completion of Training Approval signed by trainer, supervisor, technical leader and QA manager (Oct. 16-20, 2020) | OAG2028-29 |
| AN | Intentionally omitted | |
| AO | Broil’s written account of her November 10, 2021 complaint about Schieferecke (“Negro Virus” ... “I was so embarrassed and offended”) | OAG1733-34 |

| | | |
|---|---|---|
| AP | Royel to Knox email, May 17, 2021 ("people shouldn't be getting yelled at by their coworkers") | OAG10381 |
| AQ | Knox log "Personnel & QA Issues DCB," beginning Dec. 30, 2021 | OAG6501-06 |
| AR | Royel to Riddle email, Mar. 8, 2022, "RE: Any Tech Review Concerns" (Riddle's solicitation) | OAG4652-53 |
| AS | Price handwritten notes, May 9-10, 2022 ("CONTACT HR AND PROCEED W/ A SPECIAL EVALUATION") | OAG2830 |
| AT | KBI chemistry management update notes, Apr. 2022 onward ("Christa will talk to HR about a special") | OAG6644-52 |
| AU | Knox tracker on DCB authored and reviewed reports, Dec. 21, 2021 to May 9, 2022 | OAG6499 |
| AV | Riddle to Broil email, Mar. 16, 2021, "RE: Amended Report Stuff" ("We have all had to do amended reports") | OAG4648 |
| AW | Riddle to Porubsky email, June 21, 2021, "RE: Amended report question" (no amended report unless systemic) | OAG4638 |
| AX | Knox to Broil and Stanley email, Apr. 18, 2022, 10:50 a.m., "RE: Jury Duty" (falsification) | DCB-P44 |
| AY | Judge Atkins jury-duty confirmation email to Broil, Apr. 18, 2022 | DCB-P45-46 |
| AZ | Knox to Broil email, Apr. 18, 2022, 1:30 p.m. ("I have approved your timesheet") | DCB-P54 |
| BA | Knox to Price emails, Apr. 18-21, 2022, jury-duty timesheet ("I have some concerns"; "still a bit uneasy") | OAG6513-19 |
| BB | Riddle to Broil email, July 5-6, 2022, proficiency test CTS22-5001 ("You make me proud to work alongside of you") | OAG5134-35 |
| BC | HR handwritten notes of the July 28, 2022 mid-year review meeting ("EXCEEDING expectations") | OAG3245-47 |
| BD | QM-12 (Training Program policy), issued Revisions 5 through 11 (3/27/2019 to 6/21/2024), including Revision 7 at OAG8648-56 | OAG8631-94 |
| BE | QM-12, Revision 12 | OAG8695-8727 |
| BF | KBI management notes, Nov. 15-28, 2022 (termination paperwork before Thanksgiving; "Mary will read the dismissal letter") | OAG6566-95 |
| BG | Knox to Woodward and White email, June 30, 2022 ("I just threw in the 18th so we had something to work with") | OAG3519 |
| BH | Draft Training Program Initiation Form attached to the June 30, 2022 email | OAG3520-21 |
| BI | Price, Knox and Riddle emails, July 27, 2022 (modules "still in draft form") | OAG3970-72 |
| BJ | KBI retraining planning notes ("Not everyone has had all this training. It is not a requirement"; "Retraining not a good word") | OAG6555-65 |
| BK | Rachel White QA email, Aug. 10, 2022 ("told casework is not a priority") | OAG4881-82 |
| BL | Woodward email, June 30, 2022 (answer keys or grading criteria: none) | OAG4798-99 |
| BM | Riddle to Broil email, Nov. 14, 2022, "RE: Vicks Inhaler" (Erowid link); KBI's copy, OAG6205, attached behind it | DCB-P232 (also OAG6205) |
| BN | Subpoena or trial record for State v. McLean testimony, Sept. 14, 2022 | DCB-P811 |
| BO | Public case summary, Case No. AL-2021-CR-000257, subpoena issued July 28, 2022 and served Aug. 5, 2022 | DCB-P813 |

| | | |
|---|---|---|
| BP | Moot Court/Technical Testimony Evaluation Rating Form, Sept. 14, 2022 testimony (Riddle) | OAG3184 |
| BQ | Qualtrax testimony evaluation workflow, Sept. 2022 (Knox supervisor evaluation, "satisfactory") | OAG3185-86 |
| BR | Moot Court/Technical Testimony Evaluation Rating Form, Oct. 25, 2022 testimony (Riddle) | OAG3187 (exhibit is OAG3187-88) |
| BS | KBI Forensic Laboratory Report with K.S.A. 22-3437 certification over Broil's name (over one year; 8,900 samples) | OAG6207-08 |
| BT | KBI Forensic Laboratory Reports with K.S.A. 22-3437 certifications over Broil's name (over two years; 9,700 samples) | OAG6436-51 |
| BU | Knox to Riddle email, Oct. 18, 2022, 2:21 p.m., draft closeout of the 90-day review ("struggling with wording a bit") | OAG6134 |
| BV | Draft 90-day special Performance Review Form attached to the Oct. 18, 2022 email | OAG6135-40 |
| BW | KHRC transmittal of amended charge, May 31, 2022, with KBI "Received JUN 02 2022" stamp | OAG2460-63 |
| BX | EEOC notice of right to sue, Charge 28D-2023-00374, Oct. 24, 2023 | OAG3048-50 |
| BY | KBI General Counsel Graham to Plaintiff's counsel, Feb. 13, 2023: post-termination subpoenas forwarded; KBI practice of paying former employees to testify about their KBI work | OAG2809-11 |

Exhibits marked CONFIDENTIAL under the Protective Order are filed provisionally under seal pursuant to D. Kan. Rule 5.4.2 and are so designated on their cover pages.

Respectfully submitted,

**Baldwin & Vernon Trial Attorneys, LLC**

By: /s/ ***Erin Vernon***
Erin N. Vernon, KS Bar No. 25792
Sylvia Hernandez, KS Bar No. 78914
108 S Pleasant St.
Independence, MO.
Tel: (816) 842-1102
Fax (816) 842-1104
Erin@bvtrialattys.com
Sylvia@bvtrialattys.com
**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was transmitted via CM/ECF electronic filing this 24th day of September 2026, to all counsel of record.

By: */s/ Erin Vernon*
Erin Vernon, Attorney for Plaintiff