**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **DEBORAH C. BROIL,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**KANSAS BUREAU OF INVESTIGATION,**<br><br>**Defendant.** | **Case No. 2024-CV-2029-DDC-RES** |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

COMES NOW Defendant Kansas Bureau of Investigation (hereinafter, "KBI" or "Defendant"), by and through Assistant Attorneys General James Eric Todd and Matthew L. Shoger, and, respectfully moves this Court, and requests a 14-day extension of the Reply deadline up to and including October 22, 2026. Defendant states as follows:

**BACKGROUND**

1. Plaintiff Deborah C. Broil (hereinafter, "Broil" or "Plaintiff") filed a civil complaint on January 22, 2024, against Defendant. (Doc. 1).

2. Plaintiff filed her First Amended Complaint on June 18, 2024. (Doc. 22).

3. On July 29, 2026, Defendant filed its Motion for Summary Judgment and Memorandum of Law in Support ("Defendant's Motion"). (Docs. 119 & 120).

4. On August 10, 2026, Plaintiff requested and was granted an extension of the deadline to file Plaintiff's response to Defendant's Motion to September 2, 2026. (Docs. 124 & 125).

5. On August 26, 2026, Plaintiff requested and was granted a second extension of the deadline to file Plaintiff's response to Defendant's Motion to September 24, 2026. (Docs. 129 & 130).

6. On September 16, 2026, Plaintiff filed her Motion for Leave to Exceed Page Limit. (Doc. 131).

7. On September 24, 2026, Plaintiff filed her Response in Opposition to Defendant's Motion for Summary Judgment with Suggestions in Support Thereof ("Plaintiff's Response"). (Doc. 134).

## ARGUMENT

8. Defendants requests a fourteen (14) day extension of time to file its Reply to Plaintiff's Motion, up to and including October 22, 2026.

9. Defendant previously requested an extension of time for the dispositive motion deadline.

10. Local Rule 6.1 requires a motion for extension to be filed, "as soon as practicable and in no event less than 3 days before the specified time."

11. The current deadline for the Defendant to file its Reply is October 8, 2026. This motion is filed more the 3 days prior to the deadline.

12. Defendant makes this request for good cause. Counsel for the Defendant was out of state the week Plaintiff' Response was filed. Counsel for the Defendant also has previous scheduled out of state travel plans that will keep him out of the office for part of the current week.

13. Additionally, Counsel for the Defendant has a Tenth Circuit appellee brief due next week that is responsive to briefing filed prior to Plaintiff's Response.

14. Defendant request additional time to allow for adequate briefing to be prepared for Defendant's Reply to Plaintiff's 55-page Response.

15. Counsel for the Defendant has reached out to Counsel for the Plaintiff and Counsel for the Plaintiff indicated they do not object to the extension.

16. Defendant does not seek to delay the overall progress of the case and it is only for good cause and in the interest of justice that the request is made.

WHEREFORE, Defendant requests for good cause that the Court grant Defendant's request for a 14-day extension of the reply deadline up to and including October 22, 2026, and for such other relief as the Court deems just and proper.

Respectfully submitted,

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/ James Eric Todd*
James Eric Todd, KS No. 24297
Assistant Attorney General
Office of the Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612-1597
James.Todd@ag.ks.gov
Tel: (785) 296-2215
Fax: (785) 291-3767

*Attorney for the Defendant*

Matthew L. Shoger, KS No. 28151
Assistant Attorney General / Deputy Chief Counsel
Kansas Bureau of Investigation
1620 SW Tyler St.
Topeka, Kansas 66612
matt.shoger@kbi.ks.gov
(785) 296-8200
Fax: (785) 296-0915
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st of October, 2026, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

Erin N. Vernon
Sylvia Hernandez
erin@bvtrialattys.com
sylvia@bvtrialattys.com
Baldwin & Vernon Trial Attorneys, LLC
108 South Pleasant Street
Independence, MO 64050
*Attorneys for Plaintiff*

*/s/ James Eric Todd*
James Eric Todd
Assistant Attorney General